**Order filed February 11, 2015.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-01005-CV

_____

### IN RE CITY OF GALVESTON, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**122nd District Court**
**Galveston County, Texas**
**Trial Court Cause No. 12-CV-0348**

---

## ORDER

On December 19, 2014, relator City of Galveston filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West 2004); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable John Ellisor, presiding judge of the 122nd District Court of Galveston County, to

vacate an order requiring relator to produce an audio recording to real party in interest Indian Beach Property Owners' Association, Inc.

The order challenged by relator is in the form of a memorandum addressed to the attorneys for the parties. The copy of the order included in the mandamus record is sworn to be a true and correct copy, and therefore relator has complied with the applicable procedural rules. *See* Tex. R. App. P. 52.3(k)(1)(A), 52.7(a)(1). However, the copy included in the mandamus record does not bear a file-stamp from the district clerk or otherwise indicate on its face that it was filed with the district clerk.

Therefore, we **ORDER** relator to file with this court on or before **February 18, 2015** a file-stamped copy of the order challenged in this original proceeding or other sufficient proof that said order has been filed with the district clerk. Any such documentation provided should be certified or sworn copies. *See id.* If the order challenged by relator has not been filed with the district clerk, then relator is ordered to so advise this court by letter on or before the above-stated deadline.


PER CURIAM

Panel consists of Justices Jamison, Busby, and Brown.